# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  15−16865−MBK
                    Chapter:  13
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charlie Kearse                          Dorothy Kearse
   76 Runyon Avenue               76 Runyon Avenue
   Somerset, NJ 08873             Somerset, NJ 08873

Social Security No.:
   xxx−xx−5395                            xxx−xx−1061

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on January 26, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 26, 2017
JAN: bwj

                                                                       Jeanne Naughton
                                                                       Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 15-16865-MBK
Charlie Kearse                                                  Chapter 13
Dorothy Kearse
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 2         Date Rcvd: Jan 26, 2017
                             Form ID: 148             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2017.
db/jdb         +Charlie Kearse,   Dorothy Kearse,   76 Runyon Avenue,   Somerset, NJ 08873-2028
515449848      +Ginny's,   1112 7th Street,   Monroe, WI 53566-1364
515512536      +Ginny's,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
515449850      +Internal Revenue Service,   50 W. State Street,   Trenton, NJ 08608-1220
515449851      +Kivitz McKeever Lee, P.C.,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
515643094      +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
515449853       Midland Mortgage,   P.O. Box 268806,   Oklahoma City, OK 73126-8806
515449854      +PSE&G,   317 George Street,   New Brunswick, NJ 08901-2008
515620441      +PennyMac Loan Services, LLC,   C/O Aldridge Pite, LLP,   Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,   Atlanta, GA 30305-1636
515476904      +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 26 2017 19:46:35     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 26 2017 19:46:33     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: HY11.COM Jan 26 2017 19:23:00     Hyundai Capital America,   P.O. Box 20829,
                 Fountain Valley, CA 92728-0829
515449847       EDI: CINGMIDLAND.COM Jan 26 2017 19:23:00     AT&T,   P.O. Box 537104,   Atlanta, GA 30353-7104
515631675      +EDI: CINGMIDLAND.COM Jan 26 2017 19:23:00     AT&T Mobility II LLC,   % AT&T Services, Inc,
                 Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
516351954      +EDI: IRS.COM Jan 26 2017 19:23:00     Department of Treasury,   Internal Revenue Service,
                 P O Box 7346,   Philadelphia, PA 19101-7346
515668540      +EDI: HY11.COM Jan 26 2017 19:23:00     Hyundai Capital America DBA Hyundai Motor Finance,
                 PO Box 20809,   Fountain Valley, CA 92728-0809
515449849       EDI: HY11.COM Jan 26 2017 19:23:00     Hyundai Motor Finance,   P.O. Box 650805,
                 Dallas, TX 75265-0805
515449852      +EDI: MERRICKBANK.COM Jan 26 2017 19:23:00     Merrick Bank,   P.O. Box 30537,
                 Tampa, FL 33630-3537
515634968      +E-mail/Text: bankruptcy@pseg.com Jan 26 2017 19:45:51     PSE&G,   PO Box 490,
                 Cranford NJ 07016-0490,   Attn: Bankruptcy Dept
515474170      +EDI: DRIV.COM Jan 26 2017 19:23:00     SANTANDER CONSUMER USA INC.,   P.O. BOX 560284,
                 DALLAS, TX 75356-0284
515481891      +EDI: DRIV.COM Jan 26 2017 19:23:00     Santander Consumer USA Inc.,   as Assignee for HSBC,
                 P.O. Box 961245,   Fort Worth, TX 76161-0244
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515631975*    +AT&T Mobility II LLC,   % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,
                One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
          Alan G. Cosner    on behalf of Joint Debtor Dorothy  Kearse cosner@cosnerlaw.com
          Alan G. Cosner    on behalf of Debtor Charlie  Kearse cosner@cosnerlaw.com
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo     docs@russotrustee.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 26, 2017
                              Form ID: 148             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          John R. Morton, Jr.     on behalf of Creditor    Hyundai Capital America mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

                                                                                                    TOTAL: 8